IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>*Plaintiff*,<br><br>v.<br><br>**CHRISTOPHER CODY JOHNSON,**<br><br>*Defendant.* | Case No.  25-CR-161-JFH |

## INFORMATION

The United States Attorney charges:

At all times relevant to this Information:

1. The Defendant, **CHRISTOPHER CODY JOHNSON**, was a shift supervisor at the McCurtain County Jail ("MCJ") in Idabel, Oklahoma, within the Eastern District of Oklahoma.

2. R.H. was an arrestee in the custody of the MCJ, and, at the time of the offense, was present in the Eastern District of Oklahoma.

3. At the time of the offense, the Defendant was acting pursuant to his authority as a shift supervisor at the MCJ.

**COUNT ONE**
**(Conspiracy Against Rights)**
**18 U.S.C. § 241**

On or about September 15, 2021, in the Eastern District of Oklahoma, the Defendant, **CHRISTOPHER CODY JOHNSON**, while acting under color of law, knowingly and willfully combined, conspired, and agreed with others known to the United States, to injure, oppress,

threaten, and intimidate R.H. in the free exercise and enjoyment of his right, protected by the Constitution or laws of the United States, to be free from any unreasonable search or seizure, which includes the right to be free from the use of unreasonable force by a person acting under color of law, in violation of Title 18, United States Code, Section 241.

CHRISTOPHER J. WILSON
United States Attorney

CLAY A. COMPTON, OBA # 19781
Assistant United States Attorney

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

Trevor M. Kempner (CA Bar # 310853)
Trial Attorney